UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:21-cv-00274-WO-LPA

| | |
|---|---|
| DAVID J. BOVA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ABBOTT LABORATORIES, INC., | ) |
| ABBVIE INC., KOS | ) |
| PHARMACEUTICALS, INC., and | ) |
| MARLON SULLIVAN, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 5.3(c), Sara W. Higgins hereby provides Notice of Appearance in this matter as counsel for Defendants in this matter.

This the 29th day of September, 2021.

/s/ Sara W. Higgins
Sara (Sally) W. Higgins
N.C. Bar No. 22111
Higgins & Owens, PLLC
524 East Blvd.
Charlotte, NC 28209
Telephone: 704-366-4607
shiggins@higginsowens.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Notice of Appearance was filed via electronic filing in the Court's CM/ECF system, which generated a notice of electronic filing to all counsel of record.

      This the 29th day of September, 2021.

      /s/ Sara W. Higgins
      Sara (Sally) W. Higgins